UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HERNANDEZ,<br><br>            Petitioner,<br><br>      v.<br><br>K. HOLLAND, WARDEN,<br><br>            Respondent. | CASE NO. CV 14-7561-JLS (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    12/22/16  .

                                    _____
                                    JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE

C:\Users\sbourgeoi\AppData\Local\Temp\notesC7A056\Hernandez Judgment.wpd